# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARRIE MEALEY, ET AL.** | **CIVIL ACTION NO.: 23-1508** |
| **VERSUS** | **JUDGE: BRIAN A. JACKSON** |
| **CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, ET AL.** | **MAGISTRATE JUDGE: SCOTT D. JOHNSON** |

## MOTION TO CONTINUE SCHEDULING CONFERENCE

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sid J. Gautreaux, III, Sheriff of East Baton Rouge Parish, Chad Felps, Tanner Jenkins, Eno Guillot, James Cooper, and N. Dartez (collectively, "Sheriff Defendants"), who respectfully request this Court continue the Scheduling Conference which is currently set for February 1, 2024, and all associated deadlines, including the deadline to file a joint status report, which is currently due on January 18, 2024,[1] until all defendants have been served. As of the date of this filing, the record indicates that the City of Baton Rouge/Parish of East Baton Rouge, Murphy Paul, Troy Lawrence, Jr., Tafari Beard, and Benchmark Group, LLC have not been served.

Additionally, Sheriff Defendants have not filed responsive pleadings and their responsive pleadings are not due after the scheduling conference. The deadline for Sheriff Defendants to file responsive pleadings is February 19, 2024.[2]

**WHEREFORE**, the Sheriff Defendants pray that after all due proceedings be had, this Motion to Continue Scheduling Conference be granted, and the Scheduling Conference and all associated deadlines be continued until all defendants have been served.

Respectfully submitted:

---

[1] Rec. Doc. 8.
[2] Rec. Doc. 20.

                                           **ERLINGSON BANKS, PLLC**

                                           *s/ Catherine S. St. Pierre*
MARY G. ERLINGSON (#19562)
CATHERINE S. ST. PIERRE (#18419)
TARA L. JOHNSTON (#28100)
LONDON B. SMITH (#39507)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
merlingson@erlingsonbanks.com
cstpierre@erlingsonbanks.com
tjohnston@erlingsonbanks.com
lsmith@erlingsonbanks.com
*Counsel for Sheriff Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, a copy of the foregoing *Motion to Continue Scheduling Conference* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants, including:

| | |
|---|---|
| Carrie Mealey | Houston Lawrence |
| 2837 73rd Ave. | Catahoula Correctional Center |
| Baton Rouge, LA 70807 | 499 Old Columbia Road |
| | Harrisonburg, LA 71340 |

Baton Rouge, Louisiana, this 17th day of January 2024.

                                             *s/ Catherine St. Pierre*
                                              Catherine St. Pierre