## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARRIE MEALEY and HOUSTON LAWRENCE,**<br><br>**VERSUS**<br><br>**CITY OF BATON ROUGE, TROY LAWRENCE, JR., MURPHY PAUL, SID J. GAUTREAUX, III, CHAD FELPS, TANNER JENKINS, ENO GUILLOT, JAMES COOPER, N. DARTEZ, BENCHMARK GROUP, LLC, TAFARI BEARD, DOE DEFENDANTS 1-20, and ABC INSURANCE COMPANYES 1-10** | **CIVIL NO. 3:23-CV-1508-BAJ-SDJ**<br><br>**JUDGE BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE SCOTT D. JOHNSON** |

## **DEFENDANT'S MOTION TO ENROLL COUNSEL OF RECORD**

**NOW COMES**, Defendant, MURPHY PAUL to file this Motion to Enroll Additional Counsel of Record and moves this Court to enroll Grant L. Willis, Louisiana Bar Roll No. 34820, with the firm of Taylor, Porter, Brooks & Phillips L.L.P. as additional counsel of record on behalf of Defendant Murphy Paul in this matter.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By: **/s/ *Michael S. Walsh***
  Harry J. Philips, Jr., Bar #2047
  Michael S. Walsh, Bar #08500
  Gillian B. Griffin, Bar #39200
  Grant L. Willis, Bar #34820
  450 Laurel Street, 8th Floor (70801)
  P.O. Box 2471
  Baton Rouge, LA 70821-2471
  Telephone: (225) 387-3221
  Facsimile:  (225) 346-8049
  Email: skip.philips@taylorporter.com
     michael.walsh@taylorporter.com
     gillian.griffin@taylorporter.com
     grant.willis@taylorporter.com
  **Attorneys for Defendant Murphy Paul**

5574632.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD** was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 31st day of January, 2024.

 /s/Michael S. Walsh
Michael S. Walsh