UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARRIE MEALEY, ET AL.                                        CIVIL ACTION

VERSUS

CITY OF BATON ROUGE/PARISH OF                NO. 23-01508-BAJ-SDJ
EAST BATON ROUGE, ET AL.

## ORDER

Considering Defendants' **Motion to Dismiss (Doc. 25)**,

**IT IS ORDERED** that an on-the-record status conference be and is hereby **SET** for July 10, 2024, at 10:00 A.M. in Courtroom 2. Plaintiffs' attendance is required.

Baton Rouge, Louisiana, this 11th day of June, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA